SINGER
LEGAL PLLC
Compelling, Passionate Advocacy

ROBERT C. SINGER, ESQ.
rob@singerlegalpllc.com

July 16, 2026

***By Email***
The Honorable Michael J. Roemer
United States District Court for the
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Magistrate Judge Roemer:

Re: Rule 48(b) Adjournment Request (Unopposed)
*USA v. Servadei*, 25-MJ-5261-MJR (WDNY)

The purpose of this letter is to request an adjournment of the Status Conference and Rule 48(b) date in the above captioned matter until October 23, 2026.

In May 2026, the Court reset the Rule 48(b) date in this matter until July 23, 2026 at 11:00 a.m. on motion of the government. *See* ECF 10. Since that time, the government has provided discovery to the defense and the parties have engaged in discussions about resolving this matter prior to indictment. Those discussions remain ongoing. To provide the defense and the government adequate time to discuss a resolution, Mr. Servadei moves for an adjournment of the status conference and Rule 48(b) date until October 23, 2026. As an adjournment is in the defendant's best interest for adequate preparation and effective assistance of counsel in that he will receive a more favorable plea prior to indictment, the defense hereby agrees to the exclusion of time between July 23, 2026 and the next Rule 48(b) date pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) (ends of justice exclusion), (h)(7)(B)(iv) (preparation and effective assistance of counsel), and Rule 5.1 of the Federal Rules of Criminal Procedure.

On behalf of the government, AUSA Kruly indicated that he is unopposed to this request.

Very truly yours,

Robert C. Singer

Cc: AUSA Charles Kruly (By ECF)